1  ADRIENNE C. PUBLICOVER (SBN: 161432)
   Email: adrienne.publicover@wilsonelser.com
2  CHARAN M. HIGBEE (SBN: 148293)
   Email: charan.higbee@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
4  525 Market Street – 17th Floor
   San Francisco, California 94105-2725
5  Telephone:    (415) 433-0990
   Facsimile:     (415) 434-1370
6
7  Attorneys for Defendants,
   **SCHERING-PLOUGH CORPORATION GROUP BENEFITS**
   **PLAN** (erroneously sued herein as "SCHERING-PLOUGH GROUP
8  **BENEFITS PLAN"), SCHERING-PLOUGH CORPORATION**
   **and MERCK & CO., INC.** And Real Party In Interest **LIFE**
9  **INSURANCE COMPANY OF NORTH AMERICA**

10
   LAURENCE F. PADWAY (SBN 089314)
11 KAREN K. WIND (SBN 124852)
   Email: kwindatty@flash.net
12 **LAW OFFICES OF LAURENCE F. PADWAY**
   1516 Oak Street, Suite 109
13 Alameda, California 94501
   Telephone:    (510) 814-6100
14 Facsimile:     (510) 814-0650

15 Attorneys for Plaintiff,
   **PERRI EDEL**
16

17
                    UNITED STATES DISTRICT COURT
18
                    NORTHERN DISTRICT OF CALIFORNIA
19

20 | PERRI EDEL,                                 | Case No.: C11-02778                                    |
21 |                        Plaintiff,           | **STIPULATION TO EXTEND TIME TO**                      |
   |                                             | **ANSWER OR OTHERWISE RESPOND TO**                     |
22 | vs.                                         | **PLAINTIFF'S COMPLAINT; AND**                         |
   |                                             | [PROPOSED] **ORDER**                                   |
23 | SCHERING-PLOUGH GROUP BENEFITS              |                                                        |
   | PLAN; SCHERING-PLOUGH                        | Action Filed: June 7, 2011                             |
24 | CORPORATION; MERCK & CO., INC.,             | Trial Date:   None                                     |
25 |                        Defendants,          |                                                        |
26 | LIFE INSURANCE COMPANY OF NORTH             |                                                        |
   | AMERICA,                                     |                                                        |
27 |                                             |                                                        |
28 |              Real Party In Interest.         |                                                        |

1

1    **IT IS HEREBY STIPULATED,** pursuant to Local Rules 6-1 and 6-2, by and between plaintiff Perri Edel and defendants Schering-Plough Corporation Group Benefits Plan (erroneously sued herein as "Schering-Plough Group Benefits Plan"), Schering-Plough Corporation and Merck & Co., Inc. and real party in interest Life Insurance Company of North America ("LINA"), through their attorneys of record, as follows:

1. Defendants Schering-Plough Corporation and Merck & Co., Inc. and real party in interest LINA were each served with the Summons and Complaint in this action by certified mail in June of 2011;

2. The parties to this action have agreed that Defendants Schering-Plough Corporation Group Benefits Plan, Schering-Plough Corporation and Merck & Co., Inc. and real party in interest LINA may have an extension to and including August 1, 2011 to answer or otherwise respond to the Complaint filed in this action; and

3. This extension of time to respond to the Complaint does not alter the date of any event or any deadline already fixed by Court Order, and no previous stipulation to extend the time to answer or otherwise respond to the Complaint has been filed in this action.

Dated: June 28, 2011         WILSON, ELSER, MOSKOWITZ,
                             EDELMAN & DICKER LLP

                             By:   /s/ Adrienne C. Publicover
                                   ADRIENNE C. PUBLICOVER
                                   CHARAN M. HIGBEE
                                   Attorneys for Defendants
                                   SCHERING-PLOUGH CORPORATION
                                   GROUP BENEFITS PLAN, SCHERING-
                                   PLOUGH CORPORATION, and MERCK &
                                   CO., INC. and Real Party In Interest
                                   LIFE INSURANCE COMPANY OF NORTH
                                   AMERICA

Dated: June 28, 2011         LAW OFFICES OF LAURENCE F. PADWAY

                             By:   /s/
                                   LAURENCE F. PADWAY
                                   KAREN K. WIND
                                   Attorneys for Plaintiff
                                   PERRI EDEL

---

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER

700661.1                                                            Case No.: C11-02778-DMR

## ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

Defendants Schering-Plough Corporation Group Benefits Plan, Schering-Plough Corporation and Merck & Co., Inc. and Real Party In Interest Life Insurance Company of North America have an extension to and including August 1, 2011 to answer or otherwise respond to plaintiff's Complaint in this action.

Date: 6/30/11          By: _____
HONORABLE
UNITED STATES DISTRICT COURT JUDGE



IT IS SO ORDERED
Judge Thelton E. Henderson

**CERTIFICATE OF SERVICE**
*Perri Edel v. Schering-Plough Group Benefits Plan, et al.*
*U.S.D.C., Northern District of California, Case No.: C11-02778*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

> Laurence F. Padway
> Karen K. Wind
> LAW OFFICES OF LAURENCE F. PADWAY
> 1516 Oak Street, Suite 109
> Alameda, California 94501
> Telephone:   (510) 814-6100
> Facsimile:    (510) 814-0650
> ***Attorneys for Plaintiff, Perri Edel***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on June 28, 2011, at San Francisco, California.

/s/   Monique Jacquis

---

4

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER

700661.1                                                                                                              Case No.: C11-02778-DMR