UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Peri Edel,

              Plaintiff(s),

       v.

Shering-Plough Group Benefits Plan; et al.

             Defendant(s).
_____/

CASE NO. C11-02778 (TEH)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☐ other requested deadline _____

Dated: 9/8/11                                        /s/ Laurence F. Padway
                                                Attorney for Plaintiff

Dated: 9/8/11                                        /s/ Charan M. Higbee
                                                Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 09/12/2011

_____
Thelton E. Henderson
UNITED STATES DISTRICT JUDGE

[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]

**CERTIFICATE OF SERVICE**
*Perri Edel v. Schering-Plough Group Benefits Plan, et al.*
*U.S.D.C., Northern District of California, Case No.: C11-02778*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

> Laurence F. Padway
> Karen K. Wind
> LAW OFFICES OF LAURENCE F. PADWAY
> 1516 Oak Street, Suite 109
> Alameda, California 94501
> Telephone: (510) 814-6100
> Facsimile: (510) 814-0650
> **Attorneys for Plaintiff, Perri Edel**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on September 8, 2011, at San Francisco, California.

/s/ Monique Jacquis