UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PERRI EDEL,<br>          Plaintiff, | No. C 11-2778 TEH |
| v.<br>SCHERING-PLOUGH GROUP BENEFITS PLAN, et al.,<br>          Defendants. | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      November 10, 2011<br>Mediator:  Robert Luft |

    IT IS HEREBY ORDERED that defendants Schering-Plough Corporation Group Benefits Plan, Schering-Plough Corporation and Merck & Co., Inc.'s request to excuse their party representative from attending in person the mediation scheduled for November 10, 2011 before Robert Luft is DENIED. The party representative shall appear in person in accordance with ADR L.R. 6-10(a)(1).

    IT IS SO ORDERED.

November 2, 2011      By:      *Elizabeth D. Laporte*
Dated                                              Elizabeth D. Laporte
                                                           United States Magistrate Judge