ADRIENNE C. PUBLICOVER (SBN: 161432)
Email: adrienne.publicover@wilsonelser.com
CHARAN M. HIGBEE (SBN: 148293)
Email: charan.higbee@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants,
**SCHERING-PLOUGH CORPORATION GROUP BENEFITS PLAN (erroneously sued herein as "SCHERING-PLOUGH GROUP BENEFITS PLAN"), SCHERING-PLOUGH CORPORATION and MERCK & CO., INC.** And Real Party In Interest **LIFE INSURANCE COMPANY OF NORTH AMERICA**

LAURENCE F. PADWAY (SBN 089314)
KAREN K. WIND (SBN 124852)
Email: kwindatty@flash.net
**LAW OFFICES OF LAURENCE F. PADWAY**
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:    (510) 814-6100
Facsimile:    (510) 814-0650

Attorneys for Plaintiff,
**PERRI EDEL**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRI EDEL,<br><br>            Plaintiff,<br>vs.<br><br>SCHERING-PLOUGH GROUP BENEFITS PLAN; SCHERING-PLOUGH CORPORATION; MERCK & CO., INC.,<br><br>            Defendants,<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Real Party In Interest.<br><br>AND RELATED COUNTERCLAIM. | Case No.: C11-02778 TEH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON** |

1

1  **IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff PERRI
2  EDEL and defendants SCHERING-PLOUGH CORPORATION GROUP BENEFITS PLAN,
3  SCHERING-PLOUGH CORPORATION and MERCK & CO., INC. and real party in interest LIFE
4  INSURANCE COMPANY OF NORTH AMERICA, through their respective attorneys of record,
5  that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice
6  pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and
7  attorneys' fees.

Dated:  January 12, 2012              WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP

                          By:    /s/ Charan M. Higbee
                                 ADRIENNE C. PUBLICOVER
                                 CHARAN M. HIGBEE
                                 Attorneys for Defendants,
                                 SCHERING-PLOUGH CORPORATION
                                 GROUP BENEFITS PLAN, SCHERING-
                                 PLOUGH CORPORATION, and MERCK &
                                 CO., INC. and Real Party In Interest
                                 LIFE INSURANCE COMPANY OF NORTH
                                 AMERICA

Dated:  January 12, 2012              LAW OFFICES OF LAURENCE F. PADWAY

                          By:    /s/ Laurence F. Padway
                                 LAURENCE F. PADWAY
                                 KAREN K. WIND
                                 Attorneys for Plaintiff,
                                 PERRI EDEL

[~~PROPOSED~~] ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,

**IT IS SO ORDERED.**

Dated: _____January 12_____, 2012

HONORABLE _____[signature: Thelton Henderson]_____
UNITED STATES DISTRICT JUDGE

Judge Thelton E. Henderson